| |
|---|
| **UNITED STATES BANKRUPTY COURT** <br> **DISTRICT OF NEW JERSEY** <br> **Marie-Ann Greenberg MAG-1284** <br> **Marie-Ann Greenberg, Standing Trustee** <br> **30 TWO BRIDGES ROAD** <br> **SUITE 330** <br> **FAIRFIELD, NJ  07004-1550** <br> **973-227-2840** <br> **Chapter 13 Standing Trustee** |
| IN RE: <br><br> **GARY WASYLUK,** <br><br><br> **Debtor** |

Case No.:  09-10992 MS

## NOTICE DEPOSITING UNCLAIMED FUNDS
## PURSUANT TO D.N.J. LBR 7067-1

Marie-Ann Greenberg, Trustee in the above captioned matter, states that the entire amount in the Trustee's Account has been disbursed and that the following funds remain unclaimed. The undersigned shall immediately forward a check to the Court in the amount of $1,310.39, payable to the Clerk, United States Bankruptcy Court. The party entitled to said funds is listed below together with the last known address and other additional information.

Payee Name & Address:   VAN ORDEN SAND & GRAVEL CO
                                                          200 CONNELL DR
                                                        STE 1100
                                                        %THE KAIGHN COMPANY
                                                        BERKELEY HEIGTS, NJ  07922
Amount:                 $1,310.39

Trustee Claim Number:     13

Court Claim Number:       5

Reason:                   Checks have been returned as undeliverable

                                                                           By:   /S/  Marie-Ann Greenberg
Dated:  February 11, 2014                               MARIE-ANN GREENBERG
                                                                           CHAPTER 13 STANDING TRUSTEE